PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Howard Wright                                Cr.: 03-00844-019

Name of Sentencing Judicial Officer: Honorable Katharine S. Hayden

Date of Original Sentence: 05/23/07

Original Offense:     Count 1 - Conspiracy to Commit Murder
                      Count 2 - Use of Firearms

Original Sentence: Time served on Count 1 and 12 months and 1 day on Count 2, to be served consecutively; 3 years supervised release; $200 special assessment. Special Conditions: drug testing and/or treatment, no street gang association, and DNA collection.

Type of Supervision: Supervised Release                 Date Supervision Commenced: 06/15/07

### PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows.

The defendant shall participate in a mental health program for evaluation and/or treatment as directed by the U.S. Probation Office. The defendant shall remain in treatment until satisfactorily discharged and with the approval of the U.S. Probation Office.

### CAUSE

According to the Presentence Investigation Report, Wright has been diagnosed with depression and bi-polar disorder. He was the recipient of various forms of abuse as a child. During interviews with the Probation Office, Wright expressed a willingness to participate in an evaluation and any treatment deemed necessary.

Respectfully submitted,

By: Joseph Empirio
    U.S. Probation Officer
Date: 09/18/07

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

9/21/07
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall participate in a mental health program for evaluation and/or treatment as directed by the U.S. Probation Office. The defendant shall remain in treatment until satisfactorily discharged and with the approval of the U.S. Probation Office.

Witness: _____    Signed: _____
U.S. Probation Officer                              Supervised Releasee
Joseph Empirio                                      Howard Wright

_____9-18-07_____
DATE