PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey
## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Howard Wright                                                   Cr.: 03-00844-019
                                                                                  PACTS Number: 41375

Name of Sentencing Judicial Officer: Honorable Katharine S. Hayden, U.S.D.J.

Date of Original Sentence: 05/23/07

Original Offense:        Count 1 - Conspiracy to Commit Murder
                         Count 2 - Use of Firearms

Original Sentence: Time served on Count 1 and 12 months and 1 day on Count 2, to be served consecutively; 3 years supervised release; $200 special assessment. Special Conditions: drug testing/treatment, no gang association, mental health treatment; and DNA collection.

Type of Supervision: Supervised Release                          Date Supervision Commenced: 06/15/07

## PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows. The addition of the following special condition:

You are to participate in the Location Monitoring Program. You shall be confined to your residence until your supervision term expiration date of June 14, 2010, commencing at the direction of the U.S. Probation Office. You shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. You shall wear a Location Monitoring device and follow all location monitoring procedures. You shall permit the Probation Officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. You shall comply with any other specific conditions of home confinement as the Court may require. You shall pay all the costs associated with the Location Monitoring Device. The U.S. Probation Office may use less restrictive location monitoring technology if the U.S. Probation Office determines that a less restrictive device is available and appropriate.

## CAUSE

On March 30, 2010, Wright was arrested by the Newark Police Department and charged with Possession of Marijuana after a small, clear zip-lock bag containing the controlled substance was recovered. He was released on his own recognizance and the case is pending disposition within Newark Municipal Court. In addition, Wright failed to notify the Probation Office of this arrest within the allotted time period and admitted to occasional marijuana abuse during March and April 2010.

Respectfully submitted,

By: Joseph Empirio, USPO
Date: 05/13/10

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

5/17/10
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows. The addition of the following special condition:

The defendant is to be confined to his residence for a period of one (1) month (or until his scheduled term expiration date) commencing at the direction of the U.S. Probation Office. The defendant shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures. The defendant shall permit the probation officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. The defendant shall comply with any other specific conditions of home confinement as the probation officer requires. The defendant shall pay the costs of electronic monitoring, specifically $3.18 per day.

Witness: _Joseph Empirio_
U.S. Probation Officer
Joseph Empirio

Signed: _Howard Wright_
Supervised Releasee
Howard Wright

5-4-10
DATE